# ELECTRONIC RECORD

COA # 07-14-00441-CR          OFFENSE: OTHER CRIMINAL

STYLE: Robert Wayne Leisher v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: Affirmed          TRIAL COURT: Criminal District Court No. 2

DATE: 04/16/2015          Publish: NO          TC CASE #: F-1457156-I

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Wayne Leisher v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 06/24/15

JUDGE: _____

CCA #: 560-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**